**Order filed May 27, 2016**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-16-00427-CV**

_____

**In The Matter of C.M.M.**

**On Appeal from County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Cause No. 15JV0434**

## ORDER

This is an accelerated appeal from an order waiving jurisdiction and transferring the case to district court for C.M.M., a juvenile, to stand trial as an adult. *See* Tex. Fam. Code Ann. § 56.01.

The notice of appeal was filed May 16, 2016. reporter's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b). The record has not been filed.

Because the reporter's record has not been filed timely in this accelerated appeal, we issue the following order:

We order **Lynette Erskine**, the official court reporter, to file the record in this appeal **on or before June 6, 2016.** If she does not timely file the record as ordered, the court will issue an order requiring her to appear at a hearing to show cause why the record has not been timely filed and why she should not be held in contempt of court for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM